UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C&C OFFSET PRINTING CO. (USA), INC., <br><br> Plaintiff, <br> v. <br> LONE PINE PUBLISHING COMPANY, <br><br> Defendant, <br> v. <br> AMAZON.COM, INC., <br><br> Garnishee. | Case No. MC19-0102RSL <br><br> ORDER |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment." Dkt. # 7. A Writ of Garnishment was issued in this case on August 7, 2019, as acknowledged in the latest filing. A second writ is unnecessary and procedurally improper: it is therefore STRICKEN. If plaintiff intends to seek judgment on the garnishee's answer, it must file an appropriate motion and form of judgment.

Dated this 30th day of October, 2019.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER