UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C&C OFFSET PRINTING CO. (USA), INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>LONE PINE PUBLISHING COMPANY,<br><br>                Defendant,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>                Garnishee. | Case No. MC19-0102RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | C&C Offset Printing Co. (USA), Inc. |
| Judgment Debtor: | Lone Pine Publishing Company |
| Garnishee-Defendant: | Amazon.com, Inc. |
| Garnishment Judgment Amount: | $9,520.62 |
| Fees and Costs of Garnishment: | $280.00[1] |
| Attorneys for Judgment Creditor: | Finkelstein Law Office, PLLC |

---

[1] The Court declines to award "estimated service and affidavit fees" in the amount of $100.00. Plaintiff eschewed recovery of any filing fee (see Dkt. # 3 at 1) and service was accomplished via certified mail, the costs of which were separately claimed and awarded herein (see Dkt. # 1 at 2 and Dkt. # 4). No evidence or proof of additional service or affidavit fees appears in the record or has been provided.

ORDER DIRECTING ENTRY OF JUDGMENT

1   THIS MATTER comes before the Court on plaintiff/judgment creditor's application for
2   judgment on the amended answer of the garnishee defendant. It appearing that the garnishee has
3   filed its answers herein stating that it holds funds of the defendant/judgment debtor, Lone Pine
4   Publishing Company, in the sum of $9,520.62; that judgment creditor has judgment unsatisfied
5   against the judgment debtor in an amount in excess of $9,520.62; that judgment creditor has
6   incurred fees and costs in the amount of $280.00 in this garnishment action; that more than
7   twenty (20) days have elapsed since service of the Writ of Garnishment and the garnishee's
8   answers thereto; that signed affidavit or return of service of the Writ of Garnishment,
9   Application for Writ of Garnishment including a copy of the judgment entered in this action,
10  indicating service upon the judgment debtor either by personal service or by certified mail, is on
11  file herein now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Clerk of Court is directed to enter judgment in favor of the judgment creditor and against the garnishee defendant in the sum of $9,520.62;

2. Upon payment by the garnishee of the aforementioned sum to the registry of this Court, the garnishee shall be discharged from this action and its obligations will be deemed satisifed.

3. Upon receipt of the aforementioned payment from the garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $9,520.62, plus all accrued interest, minus any statutory user fees, payable to C&C Offset Printing Co. (USA), Inc., and mail or deliver the check to Finkelstein Law Office, PLLC, ATTN: Fred S. Finkelstein, 2208 NW Market Street, Suite 407, Seattle, WA 98107.

4. Upon receipt of said sum, judgment creditor's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal defendant/judgment debtor in the underlying action.

//

5. Judgment creditor shall have judgment against the defendant/judgment debtor for fees and costs in this garnishment action in the amount of $280.00, said sum to be added to the judgment creditor's prior judgment against the judgment debtor.

Dated this 1st day of November, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge